UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  
  RICHARD THOMAS KOZIOL

CASE NO. 04 B 16011

CHAPTER 13

JUDGE: A. BENJAMIN GOLDGAR

  Debtor  
SSN XXX-XX-1539

---

## TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 04/23/04 and confirmed on 06/25/04.

2. The plan is paid in full.

3. The Debtor paid a total of $ 40451.90 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| GREAT LAKES CREDIT UNION | SECURED | 13800.00 | 941.24 | 13800.00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1527.49 | .00 | 1275.22 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 375.57 | .00 | 313.54 |
| CAPITAL ONE FINANCIAL | UNSECURED | 611.89 | .00 | 510.84 |
| CITGO | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 7405.51 | .00 | 6182.48 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2861.27 | .00 | 2388.73 |
| GREAT LAKES CREDIT UNION | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 551.46 | .00 | 460.39 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1236.09 | .00 | 1031.95 |
| ROUNDUP FUNDING LLC | UNSECURED | 5550.22 | .00 | 4633.59 |
| SAMS | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 289.85 | .00 | 241.98 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 231.65 | .00 | 193.39 |
| GREAT LAKES CREDIT UNION | UNSECURED | 3485.90 | .00 | 2910.20 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | 13800.00 | .00 | 24126.90 | .00 | 37926.90 |
| PRINCIPAL PAID | 13800.00 | .00 | 20142.31 | .00 | 33942.31 |
| INTEREST PAID | 941.24 | .00 | .00 | .00 | 941.24 |
| TOTAL PAID | 14741.24 | .00 | 20142.31 | .00 | 34883.55 |

The Debtor's attorney, PETER FRANCIS GERACI    , was allowed $ 2700.00 and was paid $ 2700.00 .

The Trustee received $ 1616.45 .

Refunds to the Debtor totaled $ 1251.90 .

    Wherefore, the Trustee requests an order be entered discharging

the Trustee and the surety on his bond from any further liability in this case.

Dated: 12/14/07                           /S/
                                          GLENN STEARNS
                                          CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 04 B 16011 RICHARD THOMAS KOZIOL